UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Game Time Laser Tag Adventure, LLC,**

    Plaintiff,

-V-                                          Case No. 2:05-cv-1094
                                                JUDGE SMITH
                                                Magistrate Judge King

**MillsServices Corp.**

and

**Tuttle Crossing Associates II LLC,**

    Defendants and Third-Party Plaintiffs,

-V-

**Karlton P. Williamson**

and

**Karlton P. Williamson, Executor of the Estate of Victoria Williamson,**

    Third-Party Defendants.

## ORDER

MillsServices Corp. and Tuttle Crossing Associates II LCC (collectively, "Mills") move to remand this action to state court on the ground that it was wrongfully removed by third-party

1

defendant Karlton D. Williamson, Executor of the Estate of Victoria Williamson ("Williamson").  The Sixth Circuit has ruled that a third-party defendant may not remove a state court action to federal court.  First Nat'l Bank of Pulaski v. Curry, 301 F.3d 456 (6th Cir. 2002).  Moreover, the motion to remand is unopposed.  Indeed, Williamson has filed a notice (Doc. 6) purporting to withdraw the removal petition.

The Court **GRANTS** Mills' motion to remand (Doc. 4).  The Court **REMANDS** this action to the Court of Common Pleas of Franklin County, Ohio.

Mills may file a petition and affidavit for attorney fees and expenses within twenty-one days after the date of this order.

The Clerk shall remove this case from the Court's pending cases list.

The Clerk shall remove Doc. 4 from the Court's pending motions list.

**IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**