UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Game Time Laser Tag Adventure, LLC,**

    Plaintiff,

-V-                                      Case No. 2:05-cv-1094
                                                JUDGE SMITH
                                                Magistrate Judge King

**MillsServices Corp.,**

and

**Tuttle Crossing Associates II LLC,**

    Defendants and Third-Party Plaintiffs,

-V-

**Karlton P. Williamson,**

and

**Karlton P. Williamson, Executor of the Estate of Victoria Williamson,**

    Third-Party Defendants.

## OPINION AND ORDER

       This matter is before the Court on Plaintiff Game Time Laser Tag, Third Party Karlton P. Williamson, and Percy Squire's Motion for a Stay Pending Appeal (Doc. 21). On August 22, 2006, this Court granted Mills' Petition for Attorneys' Fees and Expenses (Doc. 14), ordering Williamson and his attorney to pay Mills $6,693.75 within sixty days of the order.  The sixty

days have expired and the money has not been paid.  Instead, Williamson and his attorney filed this motion to stay pending the appeal.  The appeal, however, was dismissed on November 20, 2006, thereby rendering this motion moot.  The Court's August 22, 2006 remains in effect and Williamson and his attorney owe Mills $6,693.75.  While the sixty days has lapsed, due to the appeal time, the Court will allow Williamson and his attorney until December 15, 2006 to pay the $6,693.75 to Mills.  The money shall be paid regardless of any further appeal attempts.  If the money has not been paid by December 15, 2006, Williamson and his attorney could be held in contempt of this Court's Order.

The Clerk shall remove Doc. 21 from the Court's pending motions list.

The Clerk shall remove this case from the Court's pending cases list and enter final judgment in favor of Defendant Mills Services Corp. In the amount of $6,693.75.

**IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**