UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Game Time Laser Tag**
**Adventure, LLC,**

    **Plaintiff,**

**-V-**                                                                          **Case No. 2:05-cv-1094**
                                                                                 **JUDGE SMITH**
                                                                                 **Magistrate Judge King**

**MillsServices Corp.,**

**and**

**Tuttle Crossing Associates II**
**LLC,**

    **Defendants and Third-Party**
    **Plaintiffs,**

**-V-**

**Karlton P. Williamson,**

**and**

**Karlton P. Williamson, Executor of**
**the Estate of Victoria Williamson,**

    **Third-Party Defendants.**

## ORDER

    This matter is before the Court on Defendant Karlton P. Williamson and his counsel Percy Squire's Motion to Vacate (Doc. 37).  Karlton P. Williamson and Percy Squire request the Court to vacate the Order entered April 4, 2007, finding them in contempt of court.  Counsel Percy Squire assured the Court in the Motion that the money due to Mills Services Corporation

and Tuttle Crossing Associates, II, LLC had been paid in full, totaling $7518.75.  The Court has confirmed with counsel for Mills Services and Tuttle Crossing and the amount has been paid in full.  In light of Defendant Karlton Williamson and his counsel Percy Squire's payment in full, the Court **GRANTS** the Motion to Vacate.  Therefore, the Court's April 4, 2007 Order of Contempt shall be vacated.

The Clerk shall remove Doc. 37 from the Court's pending motions list.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**